Case 5:22-cr-00467   Document 28   Filed on 06/01/22 in TXSD   Page 1 of 4

United States Courts
Southern District of Texas
FILED

*June 01, 2022*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | **CRIMINAL NO. 5:22-CR-00467-S** |
| § | |
| **PATRICIA PINTO** § | |
| **AKA: Kimberly Moore** § | |
| **AKA: Imelda Martinez** § | |
| **AKA: Cecilia Bucio** § | |

**SUPERSEDING INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

Beginning on or about **October 1, 2019, and continuing through on or about June 1, 2022**, in the Southern District of Texas, and within the jurisdiction of the Court, Defendant**,**

**PATRICIA PINTO
AKA: Kimberly Moore
AKA: Imelda Martinez
AKA: Cecilia Bucio,**

did knowingly conspire and agree with other persons known and unknown to the Grand Jurors to commit the following offenses against the United States:

a)   To import 1000 kilograms and more of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 963, 952(a), and 960(a)(1) and (b)(1)(G).

b)   To possess with intent to distribute a Schedule I controlled substance, to wit, 1000 kilograms and more of a mixture or substance containing a detectable amount of marihuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vii), and 846.

## COUNT TWO

On or about **December 20, 2019**, in the Southern District of Texas and within the jurisdictionof the Court, Defendant,

**PATRICIA PINTO**
**AKA: Kimberly Moore**
**AKA: Imelda Martinez**
**AKA: Cecilia Bucio,**

did knowingly possess with the intent to distribute a controlled substance. This violation involved a quantity of 100 kilograms and more of a mixtureand substance containing a detectable amount of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vii) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about **December 8, 2020**, in the Southern District of Texas and within the jurisdictionof the Court, Defendant,

**PATRICIA PINTO**
**AKA: Kimberly Moore**
**AKA: Imelda Martinez**
**AKA: Cecilia Bucio,**

did knowingly import into the United States of America from the United Mexican States a controlled substance. This violation involved a quantity of 1000 kilograms and more of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and (b)(1)(G), and Title 18, United States Code, Section 2.

A TRUE BILL:


FOREMAN OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

*/s/ Gerard Cantu*
_____
Gerard A. Cantu
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

<u>    LAREDO    </u>DIVISION

FILE: 21-03105                                                     NO.5:22-CR-467-S
<u>SUPERSEDING INDICTMENT</u>    Filed:  <u>June 1, 2022</u>       Judge: Diana Saldana

                                                           ATTORNEYS:

UNITED STATES OF AMERICA

                                                           <u>JENNIFER B. LOWERY, USA</u>
 VS.                                                     <u>GERARD CANTU, AUSA</u>

**PATRICIA PINTO**
**A/K/A KIMBERLEY MOORE**
**A/K/A IMELDA MARTINEZ**
**A/K/A CECILIA BUCIO**

**CHARGES:**    Ct. 1:    Conspiracy to possess with intent to distribute 1000 kilograms and more of marihuana [21 USC 846, 841(a)(1), 841(b)(1)(A)(vii)] and to import 1000 kilograms and more of marihuana[21 USC 963, 952(a) and 960(a)(1) and (b)(1)(G)]

                     Ct. 2:    Possession with intent to distribute 100 kilograms and more of marihuana [21 USC 841(a)(1), 841(b)(1)(B)(vii) and 18 USC 2]

                     Ct. 3:    Importation of 1000 kilograms ad more of marihuana [21 USC 952(a), 960(a)(1) and (b)(1)(G) and 18 USC 2]

**TOTAL COUNTS: 3**

**PENALTY:**

Cts. 1, 3:          10 years imprisonment and not more than life, not more than a $10,000,000 fine, $100 special assessment, at least 5 years up to a life term of supervised release.

Cts. 2:              5 to 40 years imprisonment, not more than a $5,000,000 fine, $100 special assessment, at least 3 years up to a lifeterm of supervised release.